UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **JASON NEWMAN, NINA BUIE, GARRET RUBLE, LEIGHANN FEATHERINGILL, AMIRA MORGAN, KEVIN GROVE,** *and* **KEVIN CARTER,**<br><br>*Plaintiffs,*<br><br>vs.<br><br>**SOUTHERN NEW HAMPSHIRE UNIVERSITY** *and* **LAUNCH SERVICING, LLC,**<br><br>*Defendants.* | CASE NO.: 1:23-cv-01716-SEB-MG |

## NOTICE OF SETTLEMENT

COMES NOW, Plaintiffs, pursuant to S.D. Ind. L.R. 7-1(h), hereby file this Notice of Settlement as to all Defendants.

Dated April 5, 2024,

/s/ *Christian E. Cok*
Christian E. Cok, Esq.
Florida Bar No. 1032167
Tel: 813-321-2349
CCok@Seraphlegal.com

/s/ *Bryan J. Geiger*
Bryan J. Geiger, Esq.
Florida Bar No.: 118103
BGeiger@SeraphLegal.com

SERAPH LEGAL, P. A.
2124 W. Kennedy Blvd. Suite A
Tampa, FL 33606
Fax: 855-500-0705
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 5, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System. I also certify that the foregoing document is being served this day to counsel for Defendant, via e-notice, email or US Postal mail.

                                                  */s/Christian E. Cok*
                                                  Christian E. Cok, Esq.
                                                  Florida Bar Number: 1032167