UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JASON NEWMAN, NINA BUIE, GARRETT RUBLE, LEIGHANN FEATHERINGILL, AMIRA MORGAN, KEVIN GROVE, *and* KEVIN CARTER,<br><br>*Plaintiffs,*<br><br>vs.<br><br>**SOUTHERN NEW HAMPSHIRE UNIVERSITY** *and* **LAUNCH SERVICING, LLC,**<br><br>*Defendants.* | CASE NO.: 1:23-cv-01716-SEB-MG |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs, Jason Newman, Nina Buie, Garrett Ruble, Leighann Featheringill, Amira Morgan, Kevin Grove, and Kevin Carter, and Defendants, Southern New Hampshire University and Launch Servicing, LLC, by and through undersigned counsel, stipulate to dismiss this action, with prejudice, with each party to bear their own attorneys' fees and costs.

Dated May 22, 2024,

| | |
|---|---|
| */s/ Bryan J. Geiger*<br>Bryan J. Geiger, Esq.<br>Florida Bar No.: 118103<br>BGeiger@SeraphLegal.com<br>SERAPH LEGAL, P. A.<br>2124 W. Kennedy Blvd. Suite A<br>Tampa, FL 33606<br>(813) 321-2348<br>*Counsel for Plaintiffs* | */s/   Maria B. Earley*<br>Jason M. Covert, Atty. No. 29268-53<br>Vivek R. Hadley, Atty. No. 32620-53<br>Taft Stettinius & Hollister LLP<br>One Indiana Square, Ste. 3500<br>Indianapolis, IN 46204<br>(317) 713-3500<br>(317) 713-3699 (fax)<br>jcovert@taftlaw.com<br>vhadley@taftlaw.com<br><br>Maria B. Earley * |

        Brian K. Kidd *
        Jenny Morris *
        MORRISON & FOERSTER LLP
        2100 L. Street, NW, Suite 900
        Washington, DC 20037
        (202) 887-1500
        (202) 330-5226 (Fax)
        MEarley@mofo.com
        BKidd@mofo.com
        JennyMorris@mofo.com
        Counsel for Defendants

        * Admitted Pro Hac Vice

**CERTIFICATE OF SERVICE**

   I hereby certify that on May 22, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System. I also certify that the foregoing document is being served this day to counsel for Defendants via e-notice.

        */s/ Bryan J. Geiger*
        Bryan J. Geiger, Esq